No. 11, Original. *Ex parte:* IN THE MATTER OF THE CUDAHY PACKING COMPANY, PETITIONER. Argued November 28, 1910. Decided December 5, 1910. Petition for a writ of mandamus denied, rule discharged, and petition dismissed, on the authority of *In re Pennsylvania Company, Petitioner &c.*, 137 U. S. 451. *Mr. Ralph W. Breckenridge* and *Mr. Charles J. Greene* for petitioner.

Mr. Constantine J. Smyth and Mr. Edward P. Smith for respondent.